**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

ORLANDO STANFORD, : No. 47 WM 2016
:
Petitioner :
:
:
:
v. :
:
:
:
PA. PAROLE BOARDS; DISTRICT :
ATTORNEY JAMES LAZAR; WARDEN, :
GILMORE, SCI-GREENE; :
WESTMORELAND COUNTY, :
:
Respondents :

**ORDER**

**PER CURIAM**

**AND NOW**, this 20th day of June, 2016, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus, the Petition for an Instant Hearing, the Application for Leave to File an Answer to the Commonwealth's Answer, and the Application for Leave to File Objection of Right are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.